IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR161-FDW |
|---|---|---|
| | ) | |
| V. | ) | <u>ORDER TO DESTROY FIREARM</u> |
| | ) | |
| ANTONIO CHAPPARO-MONROY | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that ICE destroy the following firearm: one Phoenix Arms .25 caliber handgun, which was seized from the defendant on or about July 11, 2007.

SO ORDERED.

Signed: January 21, 2009

Frank D. Whitney
United States District Judge